MN-305
(5/94)

rung on 9/1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

# 188983   LS

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **Ricky & Karen Bruce**                    Chapter 7 Case No. **07-31052**

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

*RECEIVED 09 SEP -1 AM 9:48 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| American Express Centurion Bank<br>C/o Beckett & Lee LP<br>PO Box 3001<br>Malvern, PA  09355-0701 | 6 | $72.80 | $4.78 |

Dated:  August 27, 2009

_____
MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN  55903-0549
TELEPHONE (507) 288-9111

c:    United States Trustee

20